IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No.: 5:10-cv-00144

MATT JENKINS,  )
    Plaintiff,  )
v.  ) PLAINTIFF'S MOTION FOR
  ) PARTIAL SUMMARY JUDGMENT
BRACHFELD LAW GROUP, P.C.,  )
    Defendant.  )

MATT JENKINS, Plaintiff, pursuant to Fed. R. Civ. P. 56(a), hereby moves this court for partial summary judgment as to Causes of Action 1 and 8(f) of Plaintiff's Complaint against BRACHFELD LAW GROUP P.C., Defendant, and requests that this Court render a judgment for the Plaintiff as to Defendant's liability with respect to same, with damages to be awarded at a later date.

The record shows, respecting the subject Causes of Action, that no genuine issues of material fact remain and that the Plaintiff is entitled to judgment as a matter of law.

This motion is based on this document, on the accompanying Statement of Undisputed Facts, on the accompanying Memorandum of Law, on the accompanying Affidavit of Matt Jenkins and the exhibits attached thereto, and on the accompanying Defendants

discovery responses submitted on 22 December 2010, on the Certificate of Service of all of these materials that are attached to this document, on all of the pleadings and papers already on file in this action, and on whatever further evidence and argument may be allowed with respect to this motion.

Respectfully submitted this 4 day of January, 2011.

By: /s/ Matt Jenkins
Matt Jenkins
116 Milbros Lane
Mooresville, NC 28117
Tel. 562-882-0300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of this motion and all referenced documents and attached exhibits were served upon defendant BRACHFELD LAW GROUP by depositing a copy of the same in the United States mail, postage prepaid, to defendant's counsel at the following address:

Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
P.O. Box 26268
Raleigh, NC 27611

By: /s/ Matt Jenkins  1/4/11
Matt Jenkins
116 Milbros Lane
Mooresville, NC 28117
Tel. 562-882-0300