IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Matt Jenkins,
Plaintiff,

v.

Case No. 5:10-CV-144

Brachfeld Law Group P.C.
Defendant,

/

### STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COMES** the plaintiff and the defendant, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the Complaint is dismissed with prejudice. Each party shall bear its own costs.

This is the 16th day of February 2011.

_____
Matt Jenkins
116 Milbros Lane
Mooresville NC 28117
(562) 882-0300


_____
Attorney for the Defendant: Brachfeld Law Group
Caren Enloe
Smith Debnam Narron Drake Saintsing & Myers
PO Box 26268
Raleigh, NC 27611

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MATT JENKINS,<br>    Plaintiff,<br><br>v.<br><br>BRACHFELD LAW GROUP P.C.,<br>    Defendant. | C.A. No. 5:10-cv-144 |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the Stipulation of Dismissal With Prejudice in the above entitled action upon all other parties by depositing a copy thereof, postage paid in the United States Mail addressed as follows:

    Matt Jenkins
    116 Milbros Lane
    Mooresville NC 28117

This the 16th day of February, 2011.

    /s/ Caren D. Enloe
    Caren D. Enloe
    NC Bar No. 17394
    Of SMITH DEBNAM NARRON DRAKE
    SAINTSING & MYERS, LLP
    Counsel for Defendant Brachfeld
    Law Group P.C.
    Post Office Drawer 26268
    Raleigh NC 27611
    (919)250-2000